**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6798**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

      v.

SAMUEL EDDIE PHEASANT,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City.  Martin K. Reidinger, Chief District Judge.  (2:06-cr-00025-MR-1)

Submitted:  July 24, 2025                                         Decided:  July 28, 2025

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Samuel Eddie Pheasant, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Eddie Pheasant appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1). We have reviewed the record and Pheasant's arguments, and we find no abuse of discretion. *See United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023). Accordingly, we affirm the district court's order. *United States v. Pheasant*, No. 2:06-cr-00025-MR-1 (W.D.N.C. Aug. 1, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*